COLUMBIA–KNICKERBOCKER TRUST CO. v. WAINWRIGHT et al. (No. 7103.) (Supreme Court, Appellate Division, First Department. April 1, 1915.) Appeal from Special

Term, New York County. Action by the Columbia-Knickerbocker Trust Company as substituted trustee, against Cornelia R. Wainwright and another. From an order directing plaintiff to retain a certain sum of money until entry of judgment in an action against it, defendant Wainwright appeals. Modified and affirmed. S. H. Olin, of New York City, for appellant. W. F. Earp, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, by striking out the provision that plaintiff retain in its hands, out of the sum directed to be paid to the defendant Cornelia R. Wainwright, the sum of $4,500, to await the result of the action of Tillotson v. Columbia-Knickerbocker Trust Company, and all references to said retained sum, and, as so modified, affirmed, with $10 costs and disbursements to the appellant.